**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

UNITED STATES OF AMERICA,

v.

CALEB GUERRIER,

Defendant.

NO. 3:16-CR-00033

(JUDGE CAPUTO)

**ORDER**

**NOW**, this 26th day of April, 2019, **IT IS HEREBY ORDERED** that the Motions to Suppress filed by Defendant Caleb Guerrier (Docs. 99, 100) are **DENIED**.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge